Case 2:09-cr-00479-JAG   Document 30   Filed 11/17/09   Page 1 of 1 PageID: 43

PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Jose Angel Colon                                              Docket No. 09-479

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kenneth Rowan, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jose Angel Colon, who was placed under pretrial release supervision by the Honorable Patty Shwartz, U.S. Magistrate Judge sitting in the Court at Newark, New Jersey, on November 7, 2008, under the following conditions:

1. The defendant's wife, Linda Colon, will act as third party custodian.
2. Pretrial Services Supervision.
3. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.
4. Surrender passport and do not obtain travel documents.
5. Drug testing and treatment, as deemed appropriate by Pretrial Services.
6. The defendant will be placed on electronic monitoring, and will remain at his residence at all times except for the following reasons: attorney meetings; court appearances; and medical treatment. The defendant shall pay all or part of the cost of electronic monitoring, based upon his ability to pay as determined by the Court and the Pretrial Services Agency.
7. Reside at a residence acceptable to Pretrial Services.

On January 16, 2009, the defendant's bail was modified by adding his sister, Nelly Ortiz, as a third party custodian, and permitting him to go outside his residence for stationary and verifiable employment. On June 23, 2009, he appeared before Your Honor for a plea hearing. On that date, his bail was modified by adding his mother, Blanca Lozano, as a third party custodian. On October 29, 2009, he was sentenced to one year and one day imprisonment with a January 15, 2010 surrender date.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for the defendant's arrest.

ORDER OF COURT

Considered and ordered this 16th day of November, 2009 and ordered filed and made a part of the records in the above case.

Honorable Joseph A. Greenaway, Jr.
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/14/09

Kenneth Rowan
U.S. Pretrial Services Officer